# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0293
LT Case No. 2017-CF-16382

_____

NATHAN T. GRIFFIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hillsborough County. Christine Ann Marlewski, Judge.

Howard L. "Rex" Dimmig, II, Public Defender, Tenth Judicial Circuit, and Andrea M. Norgard. Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

August 2, 2024

PER CURIAM.

    Nathan T. Griffin appeals an order revoking his probation and resulting sentence. We affirm in all respects without further discussion. However, we remand for correction of a scrivener's error in the revocation order, which incorrectly states that Griffin admitted to violating condition 5 of his probation. The record

reflects that the court held a hearing on the violation, that Griffin contested the fact that he violated probation, and that the court found a willful and substantial violation. *See Caldwell v. State*, 72 So. 3d 779, 779–80 (Fla. 2d DCA 2011).

AFFIRMED; REMANDED to correct scrivener's error.

MAKAR, HARRIS and SOUD, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––